IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EDWARD STEWART, #117644, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:04-CV-650-WKW |
| | ) (WO) |
| DR. ROBBINS, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge filed a Recommendation in this case (Doc. # 31) on June 20, 2006, finding that the defendants' motion for summary judgment is due to be granted. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The defendants' Motions for Summary Judgment (Docs. # 10 and 15) are GRANTED.

An appropriate judgment will be entered.

DONE this the 3rd day of August, 2006.

　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE