IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

EDWARD STEWART, #117644,     )
                                  )
     Plaintiff,           )
                                  )
     v.                    )    CASE NO. 2:04-CV-650-WKW
                                  )           (WO)
DR. ROBBINS, *et al.,*     )
                                  )
     Defendants.     )

## FINAL JUDGMENT

In accordance with the prior proceedings and orders of the Court, it is ORDERED and

ADJUDGED as follows:

1.     All claims are hereby DISMISSED with prejudice.

2.     The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

close this file.

DONE this the 3rd day of August, 2006.


       /s/  W.  Keith Watkins
     UNITED STATES DISTRICT JUDGE